UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60092-RS

HOWARD COHAN,

    Plaintiff,

vs.

BOULDER HOTEL CORAL SPRINGS, LLC,
a Florida Limited Liability Company,
d/b/a COURTYARD MARRIOTT CORAL SPRINGS,

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Boulder Hotel Coral Springs, LLC, d/b/a Courtyard Marriott Coral Springs (collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 16.4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby jointly notify the Court that the Parties are in the process of finalizing and executing a written settlement agreement. The Parties therefore respectfully request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of this Action.

Dated: March 22, 2021

Respectfully submitted,

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ J. Anthony Nelson |
| Gregory S. Sconzo, Esq. | J. Anthony Nelson, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 126351 |
| SCONZO LAW OFFICE, P.A. | Primary Email: jnelson@gunster.com |
| 3825 PGA Boulevard, Suite 207 | Secondary Email: mjadotte@gunster.com |
| Palm Beach Gardens, FL 33410 | Secondary Email: eservice@gunster.com |
| Telephone: (561) 729-0940 | GUNSTER, YOAKLEY & STEWART, P.A. |

| | |
|---|---|
| Facsimile: (561) 491-9459 | 777 S. Flagler Drive, Suite 500 East |
| Email: greg@sconzolawoffice.com | West Palm Beach, FL 33401 |
| Secondary Email: alexa@sconzolawoffice.com | Telephone: 561-655-1980 |
| *Counsel for Plaintiff* | Facsimile: 561-655-5677 |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/J. Anthony Nelson*
J. Anthony Nelson

## SERVICE LIST

*HOWARD COHAN vs. BOULDER HOTEL CORAL SPRINGS, LLC, a Florida Limited Liability Company, d/b/a COURTYARD MARRIOTT CORAL SPRINGS*
***CASE NO.: 0:21-cv-60092-RS***

Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
*Counsel for Plaintiff*

ACTIVE:13094627.1