UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                                    CASE NO.: 0:21-CV-60092-RS

BOULDER HOTEL CORAL SPRINGS, LLC,
a Florida Limited Liability Company,
d/b/a COURTYARD MARRIOTT CORAL SPRINGS

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, BOULDER HOTEL CORAL SPRINGS, LLC, a Florida Limited Liability Company, d/b/a COURTYARD MARRIOTT CORAL SPRINGS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                      By: **/s/ Gregory S. Sconzo**
                                      Gregory S. Sconzo, Esq.
                                      Florida Bar No.: 0105553
                                      Sconzo Law Office, P.A.
                                      3825 PGA Boulevard, Suite 207
                                      Palm Beach Gardens, FL 33410
                                      Telephone: (561) 729-0940
                                      Facsimile: (561) 491-9459
                                      Email: greg@sconzolawoffice.com
                                      Secondary Email: alexa@sconzolawoffice.com
                                      Attorney for Plaintiff